United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Eduardo Mata,<br>　　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action M-23-259 |
| Big Star Builders, Inc.,<br>　　*Defendant.* | §<br>§<br>§ | |

### ORDER

On May 17, 2024, the court ordered this case to arbitration and stayed the case. This case is now administratively closed pending arbitration.

Signed at Houston, Texas, on January 6, 2025.

_____
Peter Bray
United States Magistrate Judge